# Court of Appeals
# of the State of Georgia

ATLANTA, February 19, 2016

*The Court of Appeals hereby passes the following order*

**A16A0887. IN THE INTEREST OF: M. C. L., E. B. L., G. L., J. A. M., K. A. L., K. G. M-S. AND J. P. M-L., CHILDR .**

Upon consideration of the APPELLANT'S motion FOR PERMISSION TO WITHDRAW

THE APPEAL in the above styled case, it is ordered that the motion is hereby GRANTED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta, February 19, 2016.*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*